MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:    (702) 380-8572
Email:  melanie.morgan@akerman.com
            rex.garner@akerman.com

*Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.:  2:16-cv-01993-JCM-VCF<br><br>**STIPULATION AND ORDER FOR COST BOND** |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7 (**BoNY**) and defendant SFR Investments Pool 1, LLC (**SFR**) stipulate and agree as follows:

/ / /

Pursuant to NRS 18.130(1) and the demand for security of costs SFR filed on September 13, 2016 (ECF No. 10), SFR's demand for security of costs, ECF No. 10, BoNY shall post a cost bond or cash deposit of $500.00 within fourteen days of the Court's approval of this stipulation.

Dated this 22nd day of September, 2016.

**AKERMAN LLP**

 */s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for the Holders of SAMI II Trust 2006-AR7*

Dated this 22nd day of September, 2016.

**KIM GILBERT EBRON**

 */s/ Karen L. Hanks*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2016