MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01993-JCM-VCF<br><br>**STIPULATION AND ORDER TO TEMPORARILY STAY CASE DUE TO ALESSI & KOENIG, LLC'S BANKRUPTCY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7; and LOIS HAUGABOOK DORSEY, an individual,<br><br>Counter/Cross-Defendants. | |

1

Plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7 (**BoNY**), defendant Royal Highlands Street and Landscape Maintenance Corporation and defendant and cross- and counter-claimant SFR Investments Pool 1, LLC stipulate to stay this case for sixty days, until March 14, 2017, as follows:

1. BoNY filed its complaint on August 22, 2016, asserting claims against Royal Highlands, SFR, and Alessi & Koenig, LLC. (ECF No. 1.) SFR filed counterclaims against BoNY and cross-claims against Lois Haugabook Dorsey. (ECF No. 22.) Neither Alessi nor Ms. Dorsey have appeared.

2. The parties have not yet completed discovery. Discovery closes on February 28, 2017. (ECF No. 18.)

3. Alessi filed a chapter 7 bankruptcy petition in the U.S. Bankruptcy Court for the District of Nevada on December 13, 2016, under Case No. 16-16593. Pursuant to 11 U.S.C. § 362(a)(1), an automatic stay applies as to Alessi.

4. The parties stipulate and agree to temporarily stay all litigation in this case for 60 days until March 14, 2017 or further order of the Court, to allow time to determine the best way to move forward with discovery, including securing documents from Alessi, without violating the automatic stay.

5. Any party may move to lift the stay in this case at any time. When the automatic stay pertaining to Alessi's bankruptcy is no longer in effect or the parties have secured relief from stay, the parties will submit a stipulation to lift the stay in this case.

6. All pending hearings, depositions, and deadlines shall be vacated.

7. The parties shall confer on the remaining scheduling order deadlines and submit a proposed scheduling order addressing the remaining case deadlines when the stay is lifted. The parties shall have at least sixty days to complete discovery when the stay is lifted.

///

///

///

2

8. This stipulation is entered into in good faith and without the intent to delay or prejudice any party.

This the 17th day of January, 2017.

**AKERMAN LLP**

 */s/ Rex D. Garner*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for plaintiff and counter-defendant The Bank of New York Mellon f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7*

This this the 17th day of January, 2017.

**KIM GILBERT EBRON**

 */s/ Diana Cline Ebron*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

This the 17th day of January, 2017.

**LEACH JOHNSON SONG & GRUCHOW**

 */s/ Ryan Hastings*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148

*Attorneys for defendant Royal Highlands Street and Landscape Maintenance Corporation*

**ORDER**

**IT IS SO ORDERED.**

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., July 10, 2017, in courtroom 3D.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-17-2017

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on the 17th day of January, 2017, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **STIPULATION AND ORDER TO TEMPORARILY STAY CASE DUE TO ALESSI & KOENIG, LLC'S BANKRUPTCY** Court's CM/ECF system on the following:

Sean L. Anderson, Esq.
Ryan D. Hastings, Esq.
LEACH JOHNSON SONG & GRUCHOW
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Royal Highlands Street
and Landscape Maintenance Corporation*

Diana Cline Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

                                                */s/ Nick Mangels*
                                                An employee of AKERMAN

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572