DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01993-JCM-PAL<br><br>**STIPULATION AND ORDER THAT (1) SFR SHALL WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 20, 2017 [ECF No. 65], (2) SFR SHALL HAVE UNTIL JANUARY 3, 2018 TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 57], AND (3) THE PARTIES SHALL HAVE UNTIL JANUARY 19, 2019 TO FILE REPLIES IN SUPPORT.** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7; and LOIS HAUGABOOK DORSEY, an individual,<br><br>Counter-Defendant/Cross-Defendant. | |

- 1 -

43526735;1

Plaintiff/counter-defendant/cross-defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7 ("BONY Mellon"), defendant/counterclaimant/cross-claimant SFR INVESTMENTS POOL 1, LLC ("SFR"), and defendant ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION ("Association") here by stipulate and agree as follows:

1. On November 30 2017, BONY Mellon filed a Motion for Leave to File Supplemental Briefing in Support of [Its] Motion for Summary Judgment [ECF No. 57] ("BONY Mellon's MSJ Mot."), [ECF No. 60 ("Mtn. to Supp.".], based on the recent Nevada Supreme Court decision in *Nationstar Mortgage, LLC v. Saticoy Bay LLC Series 2227 Shadow Canyon*, No. 70382, 2017 WL 5633293 (Nev. Nov. 22, 2017) ("*Shadow Canyon*").

2. The parties, agreeing that *Shadow Canyon* could impact the case and briefing, filed a Stipulation to withdraw prior motions for summary judgment [ECF Nos. 57 and 58 (SFR's MSJ Mot.)] and proposed a new briefing schedule, including that responses to the pending MSJ Mot's. would not be due on December 11, 2017. [ECF No. 62].

3. This Court has since entered an Order denying a motion to amend filed by BONY Mellon [ECF No. 53] and denying the Motion to Supplement. [ECF No. 63].

4. This Court has not yet ruled on the parties' stipulation. However, in the Order, this Court noted that since dispositive motion briefing was still in progress the parties could address Shadow Canyon in the remainder of the briefing. [ECF No. 63.]

5. SFR, in anticipation of the stipulation, did not file its response to BONY Mellon's MSJ Mot., and instead filed a new motion for summary judgment on December 20, 2017. [ECF No. 65.]

6. BONY Mellon filed its response to SFR's original motion for summary judgment. [ECF No. 61.]

Based on the foregoing the parties STIPULATE AND AGREE that:

a) SFR shall withdraw the motion for summary judgment filed on December 20, 2017;

- 2 -

43526735;1

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

b) SFR shall have until January 5, 2018 to file its Response to BONY Mellon's MSJ Mot.

c) The parties' Replies in Support shall be due no later than January 19, 2018.

The parties do not make these agreements for purposes of delay or prejudice but to have the opportunity to present all arguments and a full record to the Court. Thus, the parties request this Court enter an order approving this Stipulation.

DATED this 21st day of December, 2017

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| /*s/Jacqueline A. Gilbert*_____ | /*s/Donna M. Wittig* |
| Jacqueline A. Gilbert, Esq. | Melanie D. Morgan, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 8215 |
| jackie@kgelegal.com | Melanie.morgan@akerman.com |
| Diana S. Ebron, Esq. | Donna M. Wittig, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 11015 |
| Diana@kgelegal.com | Donna.wittig@akerman.com |
| 7625 Dean Martin Drive, Suite 110 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89139 | Las Vegas, Nevada 89144 |
| Phone: (702) 485-3300 | Phone: (702) 634-5000 |
| Fax: (702) 485-3301 | Fax: (702) 380-8572 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for The Bank of New York Mellon as Trustee* |

**IT IS SO ORDERED.**

DATED: December 29, 2017.

_____
U.S. DISTRICT COURT JUDGE

- 3 -

43526735;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 21, 2017, pursuant to FRCP 5, I served via the CM-ECF filing system the foregoing **STIPULATION and (PROPOSED ORDER) THAT (1) SFR SHALL WITHDRAW ITS MOTION FOR SUMMARY JUDGMENT FILED DECEMBER 20, 2017 [ECF No. 65], (2) SFR SHALL HAVE UNTIL JANUARY 3, 2018 TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF No. 57], AND (3) THE PARTIES SHALL HAVE UNTIL JANUARY 19, 2019 TO FILE REPLIES IN SUPPORT,** as follows:

Ariel Stern, Esq.
Rex Garner, Esq.
Melanie D Morgan, Esq.
Donna Wittig, Esq.
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702) 634-5000
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com
Email: donna.wittig@akerman.com
Email: melanie.morgan@akerman.com
*Counsel for BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK AS SICCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7*

Ryan D Hastings, Esq.
Leach Johnson Song & Gruchow
8945 W. Russell Road
Las Vegas, NV 89148
Email: rhastings@leachjohnson.com
*Counsel for Royal Highlands Street and Landscape Maintenance Corporation*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
*Attorney for Shelley D Krohn, Trustee*

                                        */s/Jacqueline A. Gilbert*
                                        An employee of Kim Gilbert Ebron