1  DIANA S. EBRON, ESQ.
   Nevada Bar No. 10580
2  E-Mail: diana@kgelegal.com
   JACQUELINE A. GILBERT, ESQ.
3  Nevada Bar No. 10593
   E-Mail: jackie@kgelegal.com
4  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
5  E-Mail: karen@kgelegal.com
   KIM GILBERT EBRON
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139-5974
7  Telephone: (702) 485-3300
   Facsimile: (702) 485-3301
8  *Attorney for Defendant/Counterclaimant/Cross-Claimant,
   SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01993-JCM-PAL<br><br>**STIPULATION TO WITHDRAW MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 58 AND 59] WITH PROPOSAL FOR NEW BRIEFING SCHEDULE TO ADDRESS NEW DECISION FROM THE NEVADA SUPREME COURT WHICH MAY IMPACT THE CURRENT MOTIONS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7; and LOIS HAUGABOOK DORSEY, an individual, | |

- 1 -

43526735;1

Plaintiff/counter-defendant/cross-defendant THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7 ("Bank"), defendant/counterclaimant/cross-claimant SFR INVESTMENTS POOL 1, LLC ("SFR"), and defendant ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION ("Association") here by stipulate and agree as follows:

1. On November 30 2017, the Bank filed a Motion for Leave to File Supplemental Briefing in Support of [Its] Motion for Summary Judgment [ECF No. 57] ("Bank's MSJ Mot."), [ECF No. 60 ("Bank's Mtn. to Supp.".], based on the recent Nevada Supreme Court decision in *Nationstar Mortgage, LLC v. Saticoy Bay LLC Series 2227 Shadow Canyon*, No. 70382, 2017 WL 5633293 (Nev. Nov. 22, 2017) ("*Shadow Canyon*").

2. *Shadow Canyon* directly impacts the parties' respective motions for summary judgment.

3. Each party would like the opportunity to brief the issues in light of *Shadow Canyon*.

4. Therefore, the parties propose the following:

    a. The Motions for Summary Judgment filed on November 20, 2017 as Dkt. Nos. 57 and 58, and any responses thereto shall be withdrawn [see Dkt. No. 61];

    b. The Bank's Motion for Leave to File an Supplement in Support of its Motion for Summary Judgment [Dkt No. 60] will be withdrawn;

    c. The Parties stipulate to the following briefing schedule for dispositive motions:

        i. New Motions for Summary Judgment to be filed no later than December 20, 2017;

        ii. Responses to the Motions for Summary Judgment shall be due no later than January 10, 2018;

        iii. Replies in Support of Summary Judgment shall be due no later than `

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

January 24, 2018.

5. Based on the foregoing and in anticipation of the Court's decision on the above, the Parties agree that responses to the currently filed Motions for Summary Judgment need not be filed as of December 11, 2017.

DATED this 11th day of December, 2017

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| /s/*Jacqueline A. Gilbert* | /s/*Donna M. Witting* |
| Jacqueline A. Gilbert, Esq. | Melanie D. Morgan, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 8215 |
| jackie@kgelegal.com | Melanie.morgan@akerman.com |
| Diana S. Ebron, Esq. | Donna M. Wittig, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 11015 |
| Diana@kgelegal.com | Donna.wittig@akerman.com |
| 7625 Dean Martin Drive, Suite 110 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89139 | Las Vegas, Nevada 89144 |
| Phone: (702) 485-3300 | Phone: (702) 634-5000 |
| Fax: (702) 485-3301 | Fax: (702) 380-8572 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for The Bank of New York Mellon as Trustee* |

**IT IS SO ORDERED.**

DATED: August 22, 2018

_____
U.S. DISTRICT COURT JUDGE

- 3 -

43526735;1

**KIMGILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2017, pursuant to FRCP 5, I served **STIPULATION TO WITHDRAW MOTIONS FOR SUMMARY JUDGMENT [ECF Nos. 58 AND 59] WITH PROPOSAL FOR NEW BRIEFING SCHEDULE TO ADDRESS NEW DECISION FROM THE NEVADA SUPREME COURT WHICH AY IMPACT THE CURRENT MOTIONS** via the CM-ECF electronic filing system the foregoing to the following parties:

Ariel Stern, Esq.
Rex Garner, Esq.
Melanie D Morgan, Esq.
Donna Wittig, Esq.
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702) 634-5000
Email: ariel.stern@akerman.com
Email: rex.garner@akerman.com
Email: donna.wittig@akerman.com
Email: melanie.morgan@akerman.com
*Counsel for BANK OF NEW YORK MELLON, F/K/A BANK OF NEW YORK AS SICCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7*
PLEASE NOTE NEW ADDRESS


Ryan D Hastings, Esq.
Leach Johnson Song & Gruchow
8945 W. Russell Road
Las Vegas, NV 89148
Email: rhastings@leachjohnson.com
*Counsel for Royal Highlands Street and Landscape Maintenance Corporation*

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard
Suite 1100
Las Vegas, NV 89146
*Attorney for Shelley D Krohn, Trustee*

*/s/ Caryn Schiffman*
An employee of Kim Gilbert Ebron

- 4 -

43526735;1