MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
donna.wittig@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Successor to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7,<br><br>Plaintiff,<br><br>vs.<br><br>ROYAL HIGHLANDS STREET AND LANDSCAPE MAINTENANCE CORPORATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE HOLDERS OF SAMI II TRUST 2006-AR7; and LOIS HAUGABOOK DORSEY, an individual,<br><br>Counter-Defendants/Cross-Defendant. | Case No.: 2:16-cv-01993-JCM-PAL<br><br>**STIPULATION TO CLARIFY RENEWED SUMMARY JUDGMENT BRIEFING DEADLINES** |

1

46748296;1

Plaintiff/counter-defendant/cross-defendant The Bank of New York Mellon f/k/a The Bank of New York as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7 (**BoNYM**) and defendant/counterclaimant/cross-claimant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. BoNYM and SFR filed motions for summary judgment on November 20, 2017 (ECF Nos. 57 and 58, respectively).

2. In light of the Nevada Supreme Court's decision in *Nationstar Mortgage, LLC v. Saticoy Bay LLC Series 2227 Shadow Canyon*, 405 P.3d 641 (Nev. 2017), on December 11, 2017, the parties filed a stipulation requesting leave to file supplemental briefing and to withdraw summary judgment motions and responses previously filed by the parties (the **original stipulation**). (ECF No. 62.) The parties stipulated to file new motions for summary judgment on December 20, 2017, responses by January 10, 2018, and replies by January 24, 2018. (*Id.*)

3. The Court granted the original stipulation on August 22, 2018, and the parties' summary judgment briefing was withdrawn. (ECF No. 74.) However, the deadlines set forth in the original stipulation passed before the stipulation was granted and further conflict with the dates stated on the Court's docket. (*See* Docket Entry for ECF No. 74.) The August 22 order sets the deadlines for new motions for summary judgment as December 20, 2017, responses as January 10, 2018, and replies as January 24, 2018. The docket entry sets the deadlines for new motions for summary judgment as December 20, 2018, responses as January 10, 2019, and replies as January 24, 2019.

4. In an effort to clarify the new deadlines, the parties now stipulate to and propose the following:

    a. New motions for summary judgment shall be filed no later than December 20, 2018;

. . .

. . .

. . .

. . .

2

46748296;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

  b. Responses to the new motions for summary judgment shall be filed no later than January 10, 2019;

  c. Replies in support of the new motions for summary judgment shall be filed no later than January 24, 2019.

DATED November 14th, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Donna M. Wittig* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> DONNA M. WITTIG, ESQ. <br> Nevada Bar No. 11015 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 | */s/ Diana S. Ebron* <br> JACQUELINE A. GILBERT, ESQ. <br> Nevada Bar No. 10593 <br> DIANA S. EBRON, ESQ. <br> Nevada Bar No. 10580 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, Nevada 89139 |
| *Attorneys for Bank of New York Mellon f/k/a The Bank of New York as Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Holders of SAMI II Trust 2006-AR7* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE

DATED: November 19, 2018

3

46748296;1